N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

REBECCA L. MARTINEZ                                                                        PLAINTIFF

vs.                                          Civil No. 6:11-cv-06050

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 24th day of May 2012.**

      s/ Barry A. Bryant
      HON. BARRY A. BRYANT
      U. S. MAGISTRATE JUDGE